No. 79–6767.   DAVIS v. STEPHENSON ET AL.   C. A. 4th Cir. Certiorari denied.

No. 79–6768.   CARTER v. NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 79–6769.   LITTLE v. GEORGIA.   Ct. App. Ga.   Certiorari denied.

No. 79–6771.   SCOTLAND v. GOVERNMENT OF THE VIRGIN ISLANDS.   C. A. 3d Cir.   Certiorari denied.

No. 79–6772.   CLUGSTON ET AL. v. MICHIGAN ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 79–6773.   ARTUSO v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 79–6774.   YAGY v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 79–6775.   RUDD v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 79–6776.   ZAMORSKY v. NEW JERSEY.   Sup. Ct. N. J. Certiorari denied.

No. 79–6778.   BELTON v. PILVAX PRINTING CORP. ET AL. Ct. App. N. Y.   Certiorari denied.

No. 79–6780.   LEE v. WILLINS ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 79–6783.   PAYNE v. OHIO.   Ct. App. Ohio, Franklin County.   Certiorari denied.